

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-3-2005

# USA v. Chica

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3026

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Chica" (2005). *2005 Decisions.* Paper 270.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/270

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
October 18, 2005

No. 04-3026

United States of America

v.

Arley DeJesus Chica, etc., Appellant
(District of New Jersey (Newark) Criminal No. 02-cr-00021-1)


**PRESENT: ROTH, McKEE and FISHER, <u>Circuit Judges.</u>**

1.      Letter dated 10/17/05 from counsel for Appellee, which the Court
        may wish to construe as a motion to amend the opinion.


| | |
|---|---|
| **Answer due 10/31/05** | Tonya Wyche    267-299-4938 |
| **Opinion & Judgment entered 10/17/05** | Case Manager |
| **Mandate due to issue 11/8/05** | |

**O R D E R**

The foregoing motion is granted.

By the Court,


*/s/ D. Michael Fisher*
Circuit Judge

Dated:   November 3, 2005
tyw/cc:  Paulette L. Pitt, Esq.
         George S. Leone, Esq.
         Mark E. Coyne, Esq.